**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-01468-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** September 7, 2011 | Deputy Clerk, Nick Richards |
| RANDALL S. ASHER, D.D.S, M.S., | Erik G. Fischer |
| Plaintiff, | |
| v. | |
| COLGATE-PALMOLIVE COMPANY, a Delaware corporation, | David K. Callahan<br>Andrew John Petrie |
| Defendant. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTION HEARING**
**Court in session: 10:02 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Extend Financial Expert Disclosure Deadline [Doc. No. 51, filed August 5, 2011] and Plaintiff's Motion to Compel Pursuant to Fed.R.Civ.P. 37 [Doc. No. 53, filed August 5, 2011].

Oral argument from plaintiff.
Oral argument from defendant.

It is **ORDERED**:   Plaintiff's Motion to Extend Financial Expert Disclosure Deadline [51] is **GRANTED** as to plaintiff's financial expert and any expert prepared as a rebuttal financial expert.

Plaintiff may submit up to twenty (20) new requests for production of documents as to the financial information only on or before September 21, 2011.  Defendant shall respond to the requests on or before October 5, 2011 and shall submit responsive documentation to the requests for production on or before October 12, 2011.

Plaintiff's financial expert disclosures pursuant to Fed. R. Civ. P. 26

        shall be submitted on or before November 21, 2011.  Defendant's rebuttal expert disclosures shall be submitted on or before December 21, 2011.

        All expert discovery with respect to plaintiff's financial expert shall be completed on or before January 15, 2012.

It is **ORDERED**:    Plaintiff's Motion to Compel [53] is **DENIED** for reasons stated on the record.

**Court in Recess: 10:44 a.m.**
Hearing concluded.
Total In-Court Time    00:42

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.