IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 10-cv-01468-MSK-KMT | FTR - Courtroom C-201 |
| **Date:** December 14, 2011 | Deputy Clerk, Nick Richards |
| | |
| RANDALL S. ASHER, D.D.S, M.S., | Erik G. Fischer |
| | William W. Cochran |
| Plaintiff, | |
| v. | |
| COLGATE-PALMOLIVE COMPANY, a Delaware corporation, | David K. Callahan |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:30 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 [Doc. No. 76, filed October 26, 2011] and Defendant's Motion to Strike Plaintiff's Expert Disclosure [Doc. No. 64, filed September 2, 2011].

Plaintiff's counsel provides a portion of Colgate's production in this matter to the court.  The document is attached to these minutes as Plaintiff's Exhibit 1.

Oral argument by plaintiff's counsel.
Oral argument by defense counsel.

It is **ORDERED**:   Plaintiff's Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37 [76] is **TAKEN UNDER ADVISEMENT**.  Defense counsel shall provide the supplement to Interrogatory No. 8 to the court and to plaintiff's counsel by close of business on December 15, 2011.

It is **ORDERED**:   Defendant's Motion to Strike Plaintiff's Expert Disclosures [64] is **DENIED**.  The court recognizes deficiencies in plaintiff's report.  However, those deficiencies have been corrected and defendant is no longer prejudiced.

**Court in Recess: 3:05 p.m.**
Hearing concluded.
Total In-Court Time     01:35

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.