IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01468-MSK-KMT

RANDALL S. ASHER,

    Plaintiff,

v.

COLGATE-PALMOLIVE COMPANY,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P 58(a) and in accordance with orders filed during the course of proceedings of this case, the following Final Judgment is hereby entered.

Pursuant to the written Opinion and Order Granting defendant's Motion for Summary Judgment **(Doc. #131)** filed on September 12, 2012, it is

ORDERED that Final Judgment is entered in favor of defendant COLGATE-PALMOLIVE COMPANY and against plaintiff RANDALL S. ASHER on all claims, and the case is closed.   It is further

ORDERED that the defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 14th day September, 2012.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                s/Edward P. Butler
                Edward P. Butler, Deputy Clerk