# EXHIBIT A

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 105069 | 09/13/2011 | 01-36128 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/07/2011 | WOODWI | 10 CV 01468 |

| CASE CAPTION |
|---|
| ASHER VS. COLGATE-PALMOLIVE |
| TERMS |
| Due upon receipt |

DAVID CALLAHAN, ESQ.
KIRKLAND & ELLIS
300 N. LASALLE
CHICAGO, IL 60654

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| MOTION HEARING | 32 Pages | 152.00 |
| POSTAGE & HANDLING | | 5.00 |
| | TOTAL DUE >>>> | 157.00 |

TRANSCRIPT OF ELECTRONICALLY RECORDED PROCEEDINGS HELD BEFORE MAGISTRATE JUDGE KATHLEEN M. TAFOYA.

```
AVERY WOODS REPORTING
455 SHERMAN ST
DENVER, CO 80203
PHONE #(303) 825-6119
```
Phone/Web

ID: 74369716        Ref #:    0001
09/14/11           10:05:48
Batch #: 190       AVS: EXAC MATCH Y

Cust #: 000

MASTERCARD

CVV2 Code:
Appr Code: 234781   Invoice#: 000001
Amount:             $ 157.00
Tax:                $ 0.00
                    ============
Total:              $ 157.00

Customer Copy
THANK YOU!
HAVE A NICE DAY!

TAX ID NO.: 84-1079884

DAVID CALLAHAN, ESQ.
KIRKLAND & ELLIS
300 N. LASALLE
CHICAGO, IL 60654

(312) 862-7259
Return with payment.

Job No.    :  01-36128
Case No.   :  10 CV 01468
ASHER VS. COLGATE-PALMOLIVE
Invoice No.:  105069
Date       :  09/13/2011
TOTAL DUE  :       157.00

PAYMENT WITH CREDIT CARD

Card Holder's Name: _Sheryl A. Bronquie_
VISA/MC #: ___
Exp. Date: _12/13_   Phone #: ___
Billing Address: ___
Amount to Charge: ___     Zip: ___
Cardholder's Signature: ___

Remit To:   Avery Woods Reporting Service, Inc.
            455 Sherman Street
            Suite 250
            Denver, CO 80203

Avery Woods Reporting Service, Inc.
455 Sherman Street
Suite 250
Denver, CO 80203
(303) 825-6119   Fax (303) 893-8305

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 105960 | 12/23/2011 | 01-36657 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/14/2011 | WOODWI | 10 CV 01468 |

| CASE CAPTION |
|---|
| ASHER VS. COLGATE-PALMOLIVE |

| TERMS |
|---|
| Due upon receipt |

DAVID CALLAHAN, ESQ.
KIRKLAND & ELLIS
300 N. LASALLE
CHICAGO, IL 60654

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    MOTIONS HEARING                          66 Pages              313.50
        POSTAGE & HANDLING                                           6.00

                                    TOTAL  DUE  >>>>               319.50

TRANSCRIPT OF ELECTRONICALLY RECORDED PROCEEDINGS HELD BEFORE MAGISTRATE
JUDGE KATHLEEN M. TAFOYA.

*Mastercard payment  <319.50>*
*Due 0*

AVERY WOODS REPORTING
455 SHERMAN ST
DENVER, CO 80203
PHONE #(303) 825-6119

**Phone/Web**

ID: 74389716          Ref #:    0001
12/23/11                       11:21:31
Batch #: 231     AVS: EXAC MATCH Y

Cust #: 000

**MASTERCARD**

CVV2 Code:
Appr Code: 039782    Invoice#: 000001
Amount:                    $ 319.50
Tax:                         $ 0.00
                         ============
Total:                     $ 319.50

Customer Copy
THANK YOU!
HAVE A NICE DAY!