# EXHIBIT C



**Rizman Rappaport Dillon & Rose, LLC**
Certified Court Reporters

66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 992-7650  Fax (973) 992-0666

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113300 | 08/02/2011 | 01-57223 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/21/2011 | HOLMDI | 10-CV-01468 |

| CASE CAPTION |
|---|
| Asher v. Colgate-Palmolive Company |

| TERMS |
|---|
|  |

David K. Callahan, Esq.
Kirkland & Ellis, Esqs.
200 East Randolph Drive
Chicago, IL 60601

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Al Sprosta                           116 Pages @      2.95/Page        342.20
        EXHIBITS                          31 Pages @       .25/Page          7.75

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Douglas Joseph Hohlbein               71 Pages @      2.95/Page        209.45
        EXHIBITS                          10 Pages @       .25/Page          2.50
        Dirty ASCII                   167.00 Pages @      1.50/Page        250.50
        Postage & Handling                                                  25.50
                                                                         --------
                                          TOTAL    DUE  >>>>               837.90

Interest will be charged at 1.5% per month on unpaid balance.
```

33744-107

TAX ID NO.: 22-3378800

*Please detach bottom portion and return with payment.*

David K. Callahan, Esq.
Kirkland & Ellis, Esqs.
200 East Randolph Drive
Chicago, IL 60601

Invoice No.: 113300
Date       : 08/02/2011
TOTAL DUE  :      837.90

Job No.  : 01-57223
Case No. : 10-CV-01468
Asher v. Colgate-Palmolive Company

Remit To: Rizman, Rappaport, Dillon & Rose, LLC
Certified Court Reporters
66 W. Mt. Pleasant Avenue
Livingston, NJ 07039



**Rizman Rappaport Dillon & Rose, LLC**
Certified Court Reporters

66 W. Mt. Pleasant Avenue
Livingston, NJ 07039
(973) 992-7650 Fax (973) 992-0666

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 113308 | 08/04/2011 | 01-57224 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/22/2011 | HOLMDI | 10-CV-01468 |
| CASE CAPTION ||||
| Asher v. Colgate-Palmolive Company ||||
| TERMS ||||
|  ||||

David K. Callahan, Esq.
Kirkland & Ellis, Esqs.
200 East Randolph Drive
Chicago, IL 60601

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Douglas Joseph Hohlbein      43 Pages @    2.95/Page      126.85
    Dirty ASCII               37.00 Pages @    1.50/Page       55.50
    Postage & Handling                                         22.50
                                                              ------
                              TOTAL DUE  >>>>                 204.85
```

Interest will be charged at 1.5% per month on unpaid balance.

33744-107

TAX ID NO.: 22-3378800

*Please detach bottom portion and return with payment.*

---

David K. Callahan, Esq.
Kirkland & Ellis, Esqs.
200 East Randolph Drive
Chicago, IL 60601

Invoice No.: 113308
Date       : 08/04/2011
**TOTAL DUE** : 204.85

Job No.   : 01-57224
Case No.  : 10-CV-01468
Asher v. Colgate-Palmolive Company

Remit To: Rizman, Rappaport, Dillon & Rose, LLC
Certified Court Reporters
66 W. Mt. Pleasant Avenue
Livingston, NJ 07039



BARKLEY
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 408479 | 6/1/2011 | 322087 |
| Job Date | | Case No. |
| 5/17/2011 | | |
| Case Name | | |
| Randall S. Asher v. Colgate-Palmolive Company | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL  60654

Original/Index transcript of deposition of:

| | | | | |
|---|---|---|---|---|
| Dr. Randall Asher | 120.00 Pages | @ | 4.95 | 594.00 |
| Exhibit | 436.00 Pages | @ | 0.50 | 218.00 |
| DepoLaunch Pkg (ASCII, PDF Trnscpts & Exhbts) | | | 20.00 | 20.00 |
| Delivery of Original | | | 15.00 | 15.00 |
| Transcript Production fee | | | 25.00 | 25.00 |
| Hourly Fee | 3.75 Hours | @ | 35.00 | 131.25 |
| Exhibit Linking: LiveNote Evidence Format (LEF) File Creation | | | 75.00 | 75.00 |

TOTAL DUE >>>          $1,078.25

Reference No.    : 21854

Location: Fort Collins, CO

(-) Payments/Credits:          1,078.25
(+) Finance Charges/Debits:        0.00
(=) New Balance:                   0.00

Tax ID: 95-3312349

Phone: 312-861-2000   Fax:312-861-2200

*Please detach bottom portion and return with payment.*

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL  60654

Job No.      : 322087          BU ID      : .BCR - CH
Case No.     :
Case Name    : Randall S. Asher v. Colgate-Palmolive Company

Invoice No.  : 408479          Invoice Date    : 6/1/2011
Total Due    : $0.00

Remit To:   **Barkley Court Reporters**
            **File No 50217**
            **Los Angeles CA  90074**

PAYMENT WITH CREDIT CARD              AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**BARKLEY Court Reporters**
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 415016 | 10/10/2011 | 329060 |
| Job Date | | Case No. |
| 10/4/2011 | | |

**Case Name**

Randall S. Asher v. Colgate-Palmolive Company

**Payment Terms**

Net 30; Interest @ 1.5%/mo after 30 days

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL 60654

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Randall Asher, MD., Vol. II | 64.00 Pages | @ | 4.95 | 316.80 |
| Exhibit | 174.00 Pages | @ | 0.50 | 87.00 |
| DepoLaunch Pkg (ASCII, PDF Trnscpts & Exhbts) | | | 20.00 | 20.00 |
| Transcript Production fee | | | 25.00 | 25.00 |
| Videographer Present (p) | 65.00 Pages | @ | 0.20 | 13.00 |
| Hourly Fee | 2.25 Hours | @ | 35.00 | 78.75 |
| Expedite Charge | 65.00 | @ | 4.12 | 267.80 |
| Videotape Recording of: | | | | |
| Randall Asher, MD., Vol. II. | | | | |
| Videographer - First 2 Hours | | | 310.00 | 310.00 |
| Videographer: Hourly Rate | 2.50 Hours | @ | 105.00 | 262.50 |
| Video Synchronization (h) | 2.25 Hours | @ | 25.00 | 56.25 |
| Media Stock | | | 10.00 | 10.00 |
| Video: Service Fee | | | 35.00 | 35.00 |

**TOTAL DUE >>> $1,482.10**

Tax ID: 95-3312349

Phone: 312-861-2000    Fax: 312-861-2200

*Please detach bottom portion and return with payment.*

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL 60654

Job No.     : 329060            BU ID     : .BCR - CH
Case No.    :
Case Name   : Randall S. Asher v. Colgate-Palmolive Company

Invoice No. : 415016            Invoice Date : 10/10/2011
Total Due   : $0.00

Remit To:   **Barkley Court Reporters**
            **File No 50217**
            **Los Angeles CA 90074**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: ____
Amount to Charge: _____
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 415016 | 10/10/2011 | 329060 |
| Job Date | Case No. | |
| 10/4/2011 | | |
| Case Name | | |
| Randall S. Asher v. Colgate-Palmolive Company | | |
| Payment Terms | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

**BARKLEY Court Reporters**
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL 60654

Location: Fort Collins, CO

Your Entire Case on iPhone, iPad and Android
Look for Our Complimentary BarkleyApp

|  |  |
|---|---:|
| (-) Payments/Credits: | 1,482.10 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 95-3312349

Phone: 312-861-2000    Fax: 312-861-2200

*Please detach bottom portion and return with payment.*

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL 60654

Job No.      : 329060          BU ID      : .BCR - CH
Case No.     :
Case Name    : Randall S. Asher v. Colgate-Palmolive Company

Invoice No.  : 415016          Invoice Date    : 10/10/2011
**Total Due** : **$0.00**

Remit To:   **Barkley Court Reporters**
            **File No 50217**
            **Los Angeles CA  90074**

**PAYMENT WITH CREDIT CARD**       AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

| | | |
|---|---|---|
| | **INVOICE** | |

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 415024 | 10/10/2011 | 329061 |
| Job Date | | Case No. |
| 10/4/2011 | | |

**Case Name**

Randall S. Asher v. Colgate-Palmolive Company

**Payment Terms**

Net 30; Interest @ 1.5%/mo after 30 days

**BARKLEY Court Reporters**
barkley.com
File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL 60654

ORIGINAL TRANSCRIPT OF:

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Joel Self, Vol. I | 42.00 | Pages | @ | 4.95 | 207.90 |
| Exhibit | 12.00 | Pages | @ | 0.50 | 6.00 |
| DepoLaunch Pkg (ASCII, PDF Trnscpts & Exhbts) | | | | 20.00 | 20.00 |
| Delivery of Original | | | | 15.00 | 15.00 |
| Transcript Production fee | | | | 25.00 | 25.00 |
| Videographer Present (p) | 42.00 | Pages | @ | 0.20 | 8.40 |
| Hourly Fee | | | | 35.00 | 35.00 |
| Expedite Charge | 42.00 | | @ | 4.12 | 173.04 |
| Exhibit Linking: LiveNote Evidence Format (LEF) File Creation | | | | 75.00 | 75.00 |

Videotape Recording of:
Joel Self, Vol. I.

| | | | | | |
|---|---|---|---|---|---|
| Videographer: Hourly Rate | 1.50 | Hours | @ | 105.00 | 157.50 |
| Video Synchronization (h) | 1.50 | Hours | @ | 25.00 | 37.50 |
| Media Stock | | | | 10.00 | 10.00 |
| Video: Service Fee | | | | 35.00 | 35.00 |

**TOTAL DUE >>>** $805.34

Tax ID: 95-3312349     Phone: 312-861-2000    Fax: 312-861-2200

*Please detach bottom portion and return with payment.*

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL 60654

Job No. : 329061     BU ID : .BCR - CH
Case No. :
Case Name : Randall S. Asher v. Colgate-Palmolive Company

Invoice No. : 415024     Invoice Date : 10/10/2011
**Total Due** : **$0.00**

Remit To: **Barkley Court Reporters**
**File No 50217**
**Los Angeles CA 90074**

**PAYMENT WITH CREDIT CARD**     AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

| | | |
|---|---|---|
| | | **INVOICE** |

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 419565 | 12/28/2011 | 332122 |
| **Job Date** | **Case No.** | |
| 12/9/2011 | | |
| **Case Name** | | |
| Randall S. Asher v. Colgate-Palmolive Company | | |
| **Payment Terms** | | |
| Net 30; Interest @ 1.5%/mo after 30 days | | |

**BARKLEY**
Court Reporters
barkley.com

File No. 50217
Los Angeles, CA 90074-0217
Tel 800.222.1231 · Fax 310.867.2610

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL 60654

Original/Index transcript of deposition of:
    Mark Pedigo, CPA                                                         83.00 Pages   @   4.15     344.45
        Exhibit                                                       68.00 Pages   @   0.50     34.00
        DepoLaunch Pkg (ASCII, PDF Trnscpts & Exhbts)                               20.00     20.00
        Delivery of Original                                                                 15.00     15.00
        Transcript Production fee                                            25.00     25.00
        Reporter Appearance                                                      75.00     75.00
        Exhibit Linking: LiveNote Evidence Format (LEF) File Creation      75.00     75.00

**TOTAL DUE >>>**     $588.45

Reference No. : 87407
Location: Fort Collins, CO

(-) Payments/Credits:     588.45
(+) Finance Charges/Debits:     0.00
(=) New Balance:     0.00

Tax ID: 95-3312349                                   Phone: 312-861-2000    Fax:312-861-2200

*Please detach bottom portion and return with payment.*

David Callahan, Esq.
Kirkland & Ellis LLP - (IL)
300 N. La Salle Street
Chicago IL 60654

Job No.     : 332122         BU ID     : .BCR - CH
Case No.    :
Case Name  : Randall S. Asher v. Colgate-Palmolive Company

Invoice No.   : 419565     Invoice Date  : 12/28/2011
**Total Due**   : $0.00

Remit To:   **Barkley Court Reporters**
            **File No 50217**
            **Los Angeles CA 90074**

**PAYMENT WITH CREDIT CARD**     AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: